**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DON MCKEEVER, P.A. and JEFF
ALBERT, P.A. d/b/a McKeever Albert &
Barth, P.A.,

        **Plaintiffs,**

-vs-                                              Case No. 6:05-cv-116-Orl-31KRS

GEICO GENERAL INSURANCE
COMPANY, INC.,

        **Defendant.**

_____

## ORDER

On November 29, 2005, Defendant filed its Motion for Summary Judgment (Doc. 33) and the Court issued a *Milburn* Order (Doc. 35) giving Plaintiffs over a month to respond. On January 3, 2006 (the due date for Plaintiffs' response), Plaintiffs moved for an extension of time until January 23, 2006 to file their response (Doc. 39). The Court granted the Motion (Doc. 40) but cautioned that no further extensions would be permitted. Plaintiffs have not responded and Defendant's Motion appears meritorious. Accordingly, it is

**ORDERED** that Defendant's Motion for Summary Judgment is GRANTED as unopposed. The Clerk is directed to enter judgment for Defendant. This case is removed from the May 2006 trial docket and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 24, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE